UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYROSH BROWN,

      Plaintiff,

v.

CITY OF GRAND RAPIDS, et al.,

      Defendants.

                              /

File No.  1:10-CV-732

HON. ROBERT HOLMES BELL

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant Matthew Ungrey's objections (Dkt. No. 28) are **SUSTAINED IN PART** and **OVERRULED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's objections (Dkt. No. 30) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the August 8, 2011, R&R (Dkt. No. 27) is **APPROVED AND ADOPTED** as the opinion of this Court as clarified in this Court's opinion.

**IT IS FURTHER ORDERED** that Defendants' motion for judgment on the pleadings (Dkt. No. 21), which was converted by the Court into a motion for summary judgment (Dkt. No. 24), is **GRANTED IN PART** and **DENIED IN PART**.  The motion is

**GRANTED** with respect to all claims other than Plaintiff's claim that Defendant Ungrey used excessive force during the pat-down search after removing Plaintiff from his vehicle.


Dated: <u>September 8, 2011</u>              <u>/s/ Robert Holmes Bell              </u>
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE